IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED IN CLERK'S OFFICE SEP 22 2016 U.S. DISTRICT COURT MID. DIST. TENN.

**Name of Plaintiff**

Keishya Love

v.

**Name of Defendant(s)**

American General Life

Case No. _____
(To be assigned by Clerk)

Jury Demand [✓] Yes [ ] No

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Keishya L Love, is a citizen of the United States and resides at

   1011 Simons Lane, Statesboro,
   Street address                City

   Bulloch, Ga, 30458, 912-536-9139.
   County   State   Zip Code   Telephone Number

3. Defendant, American General Life resides at, or its business is located at

   P.O. Box 305800, Nashville,
   Street address                City

   Davidson, TN, 372305800
   County   State   Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

_____, _____,
Street address                          City

_____, _____, _____.
County              State         Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about  2-16-16    16    16  .
                                                   Month       Day       Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about

   _____  _____  _____.
   Month          Day          Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on _____
                                                                                           Month
   _____ _____, a copy of which Notice is attached.
   Day           Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

  a. _____ failed to employ Plaintiff.

  b. _____ terminated Plaintiff's employment.

  c. _____ failed to promote Plaintiff.

  d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

  e. ✓ other. Explain: This is a life insurance Policy Claim on American General Life Insurance Company

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

My Father Buddessie Love passed away February 16, 2016. He had a insurance policy with A.I.G. Which the headquarters is located in Nashville, Tn 37230-5800 However I Keishya L Love is the beneficiary on the policy. The policy was taken out in 1979 by a Gulf Life Insurance Company.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

  a. _____ are still being committed by Defendant.

  b. _____ are no longer being committed by Defendant.

  c. _____ may still be being committed by Defendant.

4

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE,** Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. ✓ order other equitable or injunctive relief: 5,000

_____.

e. ✓ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

f. _____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____

_____.

g. _____ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_/s/ Keishya L. Love_
(Signature of Plaintiff)

Date 9-16-16

I contacted AIG to dispute the claim. About them paying out 1500 on a insurance policy that was took out in 1979. for 15.96 a month and not to mention. That in June 2000 AIG went through a Class Action lawsuit Civil Action, Number 3-99-1157. for the same thing that they are still doing. Having Race base insurance policys. In the class action lawsuit AIG stated that they would stop the Race base policy. AIG apologize and said that they would Contact all of there 1.9 million policy holders and give them some kind of relief. They have not did that for My father Mr. Buddessie Love. I'm asking this court to review the Class action lawsuit and what the plaintiffs allegations was. They paid more into the policy then they would recive @ time of death. Was one of the complaints. And a lot of other stuff was going on.

Thank you
Rushja Love

**American General Life Insurance Company**
A member of American International Group, Inc.(AIG)
PO Box 305800
Nashville, TN 37230-5800



February 25, 2016

KEISHYA LOVE
1011 SIMONS LANE
STATESBORO, GA 30458



BUDDESSIE LOVE
Claim: 0016019050

We acknowledge the claim on BUDDESSIE LOVE.

For our further consideration of this claim, we need proof of death for BUDDESSIE LOVE.
If the claim is fifty thousand dollars or more, we will need a certified death certificate mailed.

Life Claims - Mail Code 380S
Phone Number (877)800-2418
Fax Number (615)749-2257

BPS
CC: KEISHYA LOVE
CC: GASE0002

Keishya Love
1011 Simons Lane
Statesboro Ga 30458

United States District Court
801 Broadway, Room 800
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
SEP 22 2016
U.S. DISTRICT COURT
MID. DIST. TENN.